

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00143-CV

| | | |
|---|---|---|
| Larry C. Cabelka | § | From the 97th District Court |
| | § | of Archer County |
| v. | | |
| | § | (2006-0000054A-CV) |
| | § | May 22, 2014 |
| Kelly Eugene Schmaltz, Eric | | |
| Schmaltz and Kyle Schmaltz | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Larry C. Cabelka shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot